McMahon, C.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/22/17
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Normia Cabilocan Sulaiman and Moharia Sawmang Cabilocan, <br><br> Plaintiffs, <br><br> v. <br><br> Yousef Laram and Miriam Laram, <br><br> Defendants. | NO: 16-cv-08182-CM <br><br> STIPULATION DISMISSING THIS ACTION WITH PREJUDICE |

## STIPULATION

It is hereby stipulated and agreed by and among Plaintiffs Normia Cabilocan Sulaiman and Moharia Sawmang Cabilocan and Defendants Yousef Laram and Miriam Laram in the above-captioned action, by and through their counsel, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) that Plaintiffs' claims against Defendants are dismissed with prejudice and without costs.

SO STIPULATED AND AGREED.

Dated: August 15, 2017

By: *Richard Levy*
Richard Levy
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, New York 10022-3908
Telephone: (212) 891-1600
*Counsel for Plaintiffs*

By: *[signature]*
Daniel N. Arshack
Arshack, Hajek & Lehrman, PLLC
1790 Broadway, Suite 710
New York, NY 10019
Phone: (212) 582-6500
*Counsel for Defendants*

**SO ORDERED:**

*[signature]*
**U.S.D.J.**
8/22/2017